**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MICHAEL LOMBARDI | : | No. 34 MM 2023 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA PAROLE BOARD | : | |
| | : | |
| | : | |
| PETITION OF: DANA E. GREENSPAN, ESQ. | : | |
| | : | |

**ORDER**

**PER CURIAM**

AND NOW, this 5th day of September, 2023, the "Application for Leave to Withdraw Appearance" is GRANTED.